UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HILDA GONZALEZ GARZA, *et al*, § § Plaintiffs, § VS. § § ELOY VERA, *et al*, § § Defendants. § | CIVIL ACTION NO. 7:18-CV-46 |

### ORDER SETTING HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that this matter is set for hearing on Plaintiff's Application for Temporary Restraining Order on February 26, 2018, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record. Counsel for Plaintiffs shall, as soon as possible, serve a copy of this order upon each Defendant by any means effective to give each Defendant actual notice of this hearing.

SO ORDERED this 22nd day of February, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge