UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HILDA GONZALEZ GARZA and ROSBELL BARRERA | § § § § |
| Plaintiffs, | § § |
| V. | §  CRIMINAL NO. 7:18-cv-00046 |
| STARR COUNTY, et al., | § § § |
| Defendants | § |

### DEFENDANT'S MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant, **JAIME ALVAREZ**, Movant herein, and brings this Motion for Continuance, and in support hereof, shows the court the following:

*I.*

This case is scheduled for a Temporary Restraining Order on Monday, February 26, 2018 at 10:00 A.M.

*II.*

Defendant's counsel needs more time to prepare for said hearing. Defendant, Jaime Alvarez, Starr County Commissioner for Precinct 1, was served with the Temporary Restraining Order and Original Petition on Friday, February 23, 2018. Defendant's Attorney needs more time to confer with Plaintiff's attorney to attempt to amicably settle said case. Counsel also needs more time to prepare and research the statutes, case laws pertaining to the issue present to this Honorable Court. Counsel requests this Honorable Court to continue hearing to a later date or at Courts convenience.

*III.*

This continuance is sought so that justice may be done, and not for purposes of delay.

*PRAYER*

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **JAIME ALVAREZ**, Movant herein, requests this Court to grant this Motion for Continuance, and for such other and further

relief that may be awarded at law or in equity.

        Respectfully,

        **ALVAREZ LAW FIRM**
        501 N. Britton Ave.
        Rio Grande City, Texas 78582
        Tel:(956) 487-4871
        Fax:(956) 487-7521
        Email: chuyalvarez11@gmail.com

By: /V/J.M."CHUY"ALVAREZ
        **J.M."CHUY"ALVAREZ**
        State Bar No. 01126960
        Federal State Bar No. 134

## CERTIFICATE OF SERVICE

I, **J.M. "CHUY" ALVAREZ,** hereby certify that a true and correct copy of **DEFENDANT'S MOTION FOR CONTINUANCE** was served via e-filing on United States Attorney Office at 1701 W. Bus. Highway 83, in McAllen, Texas.

/V/J.M."CHUY"ALVAREZ
**J.M."CHUY"ALVAREZ**

## CERTIFICATE OF CONFERENCE

I certify that I have not been able to confer with **NINA PERALES,** Attorney for Plaintiff and **EEFREN C. OLIVARES,** Texas civil Rghts Project about this Motion for Continuance.

/V/J.M."CHUY"ALVAREZ
**J.M."CHUY"ALVAREZ**