UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA and | § | |
| ROSBELL BARRERA | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CRIMINAL NO. 7:18-cv-00046 |
| | § | |
| STARR COUNTY,  et al., | § | |
| | § | |
| Defendants | § | |

ORDER GRANTING
DEFENDANT'S MOTION FOR CONTINUANCE

On this the _____ day of _____ _____, 2018, the Court considered the

**DEFENDANT'S MOTION FOR CONTINUANCE**, and after reviewing the evidence and

hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and-numbered cause be continued

until _____at _____ _____ ____.M.

**SIGNED** on this _____ day of __ _____, 2018.


_____
JUDGE PRESIDING