UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HILDA GONZALEZ GARZA and ROSBELL BARRERA | § § § |
| Plaintiffs, | § § |
| V. | §   CRIMINAL NO. 7:18-cv-00046 |
| STARR COUNTY, et al., | § § § § |
| Defendants | § |

## DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, **JAIME ALVAREZ**, Star County Commissioner Precinct 1, named Defendant in the above-entitled and numbered cause, and files this Defendant's Original Answer, and shows the Court:

## GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff, **HILDA GONZALEZ GARZA and ROSBELL BARRERA'S** Original Complaint, and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

## PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully,

**ALVAREZ LAW FIRM**
501 N. Britton Ave.
Rio Grande City, Texas 78582
Tel:(956) 487-4871
Fax:(956) 487-7521
Email: chuyalvarez11@gmail.com


By: /V/J.M."CHUY"ALVAREZ
    **J.M."CHUY"ALVAREZ**
    State Bar No. 01126960
    Federal State Bar No. 134

## CERTIFICATE OF SERVICE

I, **J.M. "CHUY" ALVAREZ,** hereby certify that a true and correct copy of **DEFENDANT'S ORIGINAL ANSWER** was served via e-filing on United States Attorney Office at 1701 W. Bus. Highway 83, in McAllen, Texas.

/V/J.M."CHUY"ALVAREZ
**J.M."CHUY"ALVAREZ**

## CERTIFICATE OF CONFERENCE

I certify that I have not been able to confer with **NINA PERALES,** Attorney for Plaintiff and **EEFREN C. OLIVARES,** Texas civil Rights Project about this Defendant's Original Answer.

/V/J.M."CHUY"ALVAREZ
**J.M."CHUY"ALVAREZ**