IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA AND ROSBELL BARRERA, <br> *Plaintiffs,* <br><br> v. <br><br> STARR COUNTY, TEXAS; OMAR ESCOBAR, in his official capacity as District Attorney for the 229th Judicial District; VICTOR CANALES JR., in his official capacity as County Attorney for Starr County; ELOY VERA, in his official capacity as County Judge for Starr County; JAIME ALVAREZ, in his official capacity as Starr County Commissioner for Precinct 1; RAUL PEÑA, III, in his official capacity as Starr County Commissioner for Precinct 2; ELOY GARZA, in his official capacity as Starr County Commissioner for Precinct 3; RUBEN D. SAENZ, in his official capacity for Starr County Commissioner for Precinct 4; RENE "ORTA" FUENTES, in his official capacity as Sheriff for Starr County. <br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 7:18-CV-00046 |

## ORDER DENYING PLAINTIFFS' EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER

On the _____ day of _____, 2018, came on to be considered Defendants' Response to Plaintiffs' Emergency Application for Temporary Restraining Order. The Court, after considering said Application and Defendants' Response, is of the opinion that such Application should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Emergency Application for Temporary Restraining Order and injunction be DENIED. All other relief requested and not expressly granted is hereby denied.

Signed for entry on this _____ day of _____, 2018.

_____
United States District Judge