United States District Court
Southern District of Texas
**ENTERED**
May 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HILDA GONZALEZ GARZA, *et al*, § § § Plaintiffs, § VS. § § ELOY VERA, *et al*, § § § Defendants. § | CIVIL ACTION NO. 7:18-CV-46 |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Amend Complaint (Dkt. No. 28), the Court hereby **ORDERS** that the Motion is **GRANTED** and Plaintiffs' Second Amended Complaint (Dkt. No. 29) is accepted for filing.

SO ORDERED this 2nd day of May, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge