IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA AND ROSBELL BARRERA,<br>*Plaintiffs,*<br><br>v.<br><br>STARR COUNTY, TEXAS; OMAR ESCOBAR, in his official capacity as District Attorney for the 229th Judicial District; VICTOR CANALES JR., in his official capacity as County Attorney for Starr County; ELOY VERA, in his official capacity as County Judge for Starr County; JAIME ALVAREZ, in his official capacity as Starr County Commissioner for Precinct 1; RAUL PEÑA, III, in his official capacity as Starr County Commissioner for Precinct 2; ELOY GARZA, in his official capacity as Starr County Commissioner for Precinct 3; RUBEN D. SAENZ, in his official capacity for Starr County Commissioner for Precinct 4; RENE "ORTA" FUENTES, in his official capacity as Sheriff for Starr County.<br>*Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 7:18-CV-00046 |

**DEFENDANTS' INITIAL RESPONSE TO PLAINTIFFS' SECOND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER CONCERNING MEMORIAL DAY ACTIVITIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, STARR COUNTY, TEXAS; OMAR ESCOBAR, in his official capacity as District Attorney for the 229th Judicial District; VICTOR CANALES JR., in his official capacity as County Attorney for Starr County; ELOY VERA, in his official capacity as County Judge for Starr County; JAIME ALVAREZ, in his official capacity as Starr County Commissioner for Precinct 1; RAUL PEÑA, III, in his official capacity as Starr County Commissioner for Precinct 2; ELOY GARZA, in his official capacity as Starr County Commissioner for Precinct 3; RUBEN D. SAENZ, in his official capacity for Starr County Commissioner for Precinct 4; RENE "ORTA"

FUENTES, in his official capacity as Sheriff for Starr County, and, in its initial response to Plaintiffs' Second Emergency Application for Temporary Restraining Order, would respectfully show unto the Court as follows:

Starr County does not, and will not, prohibit public gatherings honoring veterans at any County cemetery, memorial or park, and encourages citizens to demonstrate their support for our veterans and to remember our nation's fallen heroes on Memorial Day. The prohibition on use of buildings and facilities on County holidays, as described in the <u>Starr County Building and Property Use Policy</u>, does not extend to these public spaces.

Respectfully submitted,

By: /s/ Ysmael D. Fonseca
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799
Email: eleeds@guerraleeds.com
*Attorney In Charge*
Ysmael D. Fonseca
State Bar No. 240697926
USDC Adm. No. 1139283
Email: yfonseca@guerraleeds.com
*Of Counsel*

Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
*Of Counsel*

**ATTORNEYS FOR DEFENDANTS**
STARR COUNTY, TEXAS;
OMAR ESCOBAR, in his official capacity
as District Attorney for the 229th Judicial
District; VICTOR CANALES JR.,
in his official capacity as County Attorney
for Starr County; ELOY VERA, in his
official capacity as County Judge for
Starr County; JAIME ALVAREZ, in his
official capacity as Starr County
Commissioner for Precinct 1; RAUL PEÑA,
III, in his official capacity as Starr County
Commissioner for Precinct 2; ELOY GARZA,
in his official capacity as Starr County
Commissioner for Precinct 3; RUBEN D.
SAENZ, in his official capacity for Starr

>County Commissioner for Precinct 4;
>RENE "ORTA" FUENTES, in his official
>capacity as Sheriff for Starr County

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Via CM/ECF*
Ms. Nina Peralez
Ms. Celina Moreno
Ms. Alejandra Avila
Mexican American Legal Defense
and Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205

*Via CM/ECF*
Mr. Efren C. Olivares
Ms. Rebecca Harrison Stevens
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516

*Via CM/ECF*
Mr. J.M. Alvarez
Alvarez Law Firm
50 N. Britton Ave.
Rio Grande City, Texas 78582

>*/s/ Ysmael D. Fonseca*
>Ysmael D. Fonseca