IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA AND<br>ROSBELL BARRERA,<br>    *Plaintiffs,*<br><br>v.<br><br>STARR COUNTY, TEXAS;<br>OMAR ESCOBAR, in his official capacity<br>as District Attorney for the 229th Judicial<br>District; VICTOR CANALES JR.,<br>in his official capacity as County Attorney<br>for Starr County; ELOY VERA, in his<br>official capacity as County Judge for<br>Starr County; JAIME ALVAREZ, in his<br>official capacity as Starr County<br>Commissioner for Precinct 1; RAUL PEÑA,<br>III, in his official capacity as Starr County<br>Commissioner for Precinct 2; ELOY GARZA,<br>in his official capacity as Starr County<br>Commissioner for Precinct 3; RUBEN D.<br>SAENZ, in his official capacity for Starr<br>County Commissioner for Precinct 4;<br>RENE "ORTA" FUENTES, in his official<br>capacity as Sheriff for Starr County.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:18-CV-00046 |

**DEFENDANTS' SURREPLY IN SUPPORT OF THEIR INITIAL RESPONSE TO PLAINTIFFS' SECOND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER CONCERNING MEMORIAL DAY ACTIVITIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, STARR COUNTY, TEXAS; OMAR ESCOBAR, in his official capacity as District Attorney for the 229th Judicial District; VICTOR CANALES JR., in his official capacity as County Attorney for Starr County; ELOY VERA, in his official capacity as County Judge for  Starr County; JAIME ALVAREZ, in his official capacity as Starr County Commissioner for Precinct 1; RAUL PEÑA, III, in his official capacity as Starr County Commissioner for Precinct 2; ELOY GARZA, in his official capacity as Starr County Commissioner for Precinct 3; RUBEN D. SAENZ, in his official capacity for Starr County Commissioner for Precinct 4; RENE "ORTA" FUENTES, in his official capacity as Sheriff for Starr County**,** and, would respectfully show unto

the Court as follows:

The Court requested in its May 22, 2018 Minute Entry that Defendants specifically respond to "Plaintiff Barrera's intended use of the Starr County Cemetery to hold a public gathering honoring veterans on [Memorial Day]," and "encourage[d] the parties to reach an amicable resolution of the proposed Memorial Day gathering honoring veterans." (Doc. 38). Defendants' response affirmatively states that such gatherings are not and will not be prohibited, and goes so far as to encourage *all* citizens to participate in public gatherings to commemorate Memorial Day. Defendants are agreeing to Plaintiff Barrera's intended use of the Starr County Cemetery and any gathering on public spaces for Memorial Day, there is nothing more that Defendants can do short of a formal act by Commissioners Court—which cannot be accomplished in such a short amount of time.

Defendants object to the proposed "Agreed Order" because it is not limited to the issue raised by the Court in its May 22, 2018 Minute Entry; it would permanently enjoin a section of the Use Policy. Defendants trust the Court will issue an appropriate order until Defendants can file a complete response to Plaintiffs' Second Emergency Application for Temporary Restraining Order and have the opportunity to be heard.

                                                Respectfully submitted,

By:   */s/ Ysmael D. Fonseca*
        Eileen M. Leeds
        State Bar No. 00791093
        USDC Adm. No. 16799
        Email: eleeds@guerraleeds.com
        *Attorney In Charge*
        Ysmael D. Fonseca
        State Bar No. 240697926
        USDC Adm. No. 1139283
        Email: yfonseca@guerraleeds.com
        *Of Counsel*

        Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
        1534 East 6th Street, Suite 200
        Brownsville, Texas 78520
        Telephone: 956-541-1846
        Facsimile: 956-541-1893
        *Of Counsel*
**ATTORNEYS FOR DEFENDANTS**
STARR COUNTY, TEXAS;
OMAR ESCOBAR, in his official capacity

as District Attorney for the 229th Judicial District; VICTOR CANALES JR., in his official capacity as County Attorney for Starr County; ELOY VERA, in his official capacity as County Judge for Starr County; JAIME ALVAREZ, in his official capacity as Starr County Commissioner for Precinct 1; RAUL PEÑA, III, in his official capacity as Starr County Commissioner for Precinct 2; ELOY GARZA, in his official capacity as Starr County Commissioner for Precinct 3; RUBEN D. SAENZ, in his official capacity for Starr County Commissioner for Precinct 4; RENE "ORTA" FUENTES, in his official capacity as Sheriff for Starr County

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Via CM/ECF*
Ms. Nina Peralez
Ms. Celina Moreno
Ms. Alejandra Avila
Mexican American Legal Defense
and Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205

*Via CM/ECF*
Mr. Efren C. Olivares
Ms. Rebecca Harrison Stevens
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516

*Via CM/ECF*
Mr. J.M. Alvarez
Alvarez Law Firm
50 N. Britton Ave.
Rio Grande City, Texas 78582

                                                   */s/ Ysmael D. Fonseca*
                                                    Ysmael D. Fonseca