United States District Court
Southern District of Texas
**ENTERED**
June 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-46 |
| | § | |
| ELOY VERA, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING PLAINTIFFS' SECOND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, GRANTING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT, AND GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Upon consideration of all pending Motions, responsive briefing, and the arguments and evidence presented by counsel at the June 5, 2018 hearing, and for the reasons stated on the record at the hearing, the Court hereby **ORDERS** that Plaintiffs' Second Emergency Application for Temporary Restraining Order (Dkt. No. 36) is **DENIED** and Defendants' Motion for More Definite Statement (Dkt. No. 33) and Plaintiffs' Motion for Leave to Amend Complaint (Dkt. No. 35) are **GRANTED** as follows:

Defendants shall have until 30 days from the date of this Order to enact changes to the Defendant County's "Building and Property Use Policy" adopted on April 11, 2018 and "Electioneering Regulations" adopted on May 9, 2018, upon which Plaintiffs shall have until 30 days from the date of any such enactment (or failure to enact) to amend their Complaint by specifically identifying: the provision(s) to which Plaintiffs object, and why; and the basis for relief against each of the named Defendants.

The Court will amend the Scheduling Order deadlines and set a status conference by separate Orders.

SO ORDERED this 5th day of June, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge