IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA AND<br>ROSBELL BARRERA,<br>    *Plaintiffs,*<br><br>v.<br><br>STARR COUNTY, TEXAS;<br>OMAR ESCOBAR, in his official capacity<br>as District Attorney for the 229th Judicial<br>District; VICTOR CANALES JR.,<br>in his official capacity as County Attorney<br>for Starr County; ELOY VERA, in his<br>official capacity as County Judge for<br>Starr County; JAIME ALVAREZ, in his<br>official capacity as Starr County<br>Commissioner for Precinct 1; RAUL PEÑA,<br>III, in his official capacity as Starr County<br>Commissioner for Precinct 2; ELOY GARZA,<br>in his official capacity as Starr County<br>Commissioner for Precinct 3; RUBEN D.<br>SAENZ, in his official capacity for Starr<br>County Commissioner for Precinct 4;<br>RENE "ORTA" FUENTES, in his official<br>capacity as Sheriff for Starr County.<br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 7:18-CV-00046 |

**NOTICE OF NO-OPPOSITION TO PLAINTIFFS'
(THIRD) MOTION FOR LEAVE TO AMEND COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants are unopposed to Plaintiff's (Third) Motion for Leave to Amend Complaint. (Doc. 57).

                                                Respectfully submitted,

                                      By:   */s/ Ysmael D. Fonseca*
                                           Eileen M. Leeds
                                           State Bar No. 00791093
                                           USDC Adm. No. 16799
                                           Email: eleeds@guerraleeds.com
                                           *Attorney In Charge*
                                           Ysmael D. Fonseca
                                           State Bar No. 240697926

USDC Adm. No. 1139283
Email: yfonseca@guerraleeds.com
*Of Counsel*

Guerra, Leeds, Sabo & Hernandez, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
*Of Counsel*
**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Via CM/ECF*
Ms. Nina Peralez
Ms. Celina Moreno
Ms. Alejandra Avila
Mexican American Legal Defense
and Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205

*Via CM/ECF*
Mr. Efren C. Olivares
Ms. Rebecca Harrison Stevens
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516

*Via CM/ECF*
Mr. J.M. Alvarez
Alvarez Law Firm
50 N. Britton Ave.
Rio Grande City, Texas 78582

*/s/ Ysmael D. Fonseca*
Ysmael D. Fonseca