United States District Court
Southern District of Texas
**ENTERED**
August 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:18-CV-46 |
| ELOY VERA, *et al*, | § § § | |
| Defendants. | § | |

### ORDER GRANTING AS UNOPPOSED PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND MOOTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion for Leave to Amend Complaint (Dkt. No. 58) and Defendants' notice of non-opposition (Dkt. No. 59), the Court hereby **ORDERS** that the Motion is **GRANTED** and the Clerk shall file Plaintiffs' Fifth Amended Complaint attached as Exhibit A to the Motion. Accordingly, the Court further **ORDERS** that Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Fourth Amended Complaint (Dkt. No. 57) is **MOOT**.

The Court will set the case for a status conference by separate order.

SO ORDERED this 23rd day of August, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge