UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-46 |
| | § | |
| STARR COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER EXTENDING DISCOVERY DEADLINE AND COMPELLING DEPOSITIONS

On this day came on to be considered The Defendants' Motion to Quash Deposition Notices (Doc. #77), the Plaintiff's Motion to Compel (Doc. #83) and Plaintiff's Motion for Sanctions (Doc. #84). The Court held a telephonic conference with all counsel of record on this date addressing all three motions. The Court is of the impression that the Defendants are intentionally failing to cooperate in discovery and are being unreasonable in their dealings with the Plaintiffs on discovery matters. Accordingly,

It is ORDERED that each Defendant is to be deposed during the month of January, unless otherwise agreed by the parties. Counsel for each party is to make a sincere effort to schedule these depositions for agreed upon dates. However, in the absence of an agreement, Plaintiffs may notice these depositions for a date of Plaintiffs' choosing by providing at least 2 weeks' notice. The depositions shall take place at the office of Defendants' attorney, unless otherwise agreed.

It is further ORDERED that an amended scheduling order will be entered allowing

for approximately 6 additional weeks of discovery. Consequently, the remaining deadlines and settings in the current scheduling order will be moved back to accommodate the additional discovery period.

SO ORDERED this 18th day of December, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge