United States District Court
Southern District of Texas
**ENTERED**
February 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-46 |
| | § | |
| STARR COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING CROSS-MOTIONS FOR
## JUDGMENT ON THE PLEADINGS

Upon consideration of Defendants' and Plaintiffs' Cross-Motions for Judgment on the Pleadings (Dkt. Nos. 67, 68) and the parties' responsive briefing (Dkt. Nos. 68, 72, 74), the Court finds that resolution of Plaintiffs' claims turns on facts outside the pleadings—namely, Defendants' proffered justifications for certain provisions of the Use Policy and Electioneering Regulations challenged by Plaintiffs—and that such claims are better suited for disposition through summary judgment. Accordingly, the Court hereby **ORDERS** that the parties' Cross-Motions for Judgment on the Pleadings are **DENIED**.

SO ORDERED this 5th day of February, 2019, at McAllen, Texas.

Randy Crane
United States District Judge