United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-46 |
| | § | |
| STARR COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING PLAINTIFFS' MOTION TO STRIKE NEW EVIDENCE, GRANTING PLAINTIFFS' ALTERNATIVE MOTION FOR LEAVE TO FILE SUR-REPLY, AND CANCELING MOTIONS HEARING

Upon consideration of Plaintiffs' "Motion to Strike New Evidence or, in the Alternative, for Leave to File a Sur-Reply" (Dkt. No. 98), the Court hereby **ORDERS** that the Motion to Strike is **DENIED**, the Alternative Motion for Leave is **GRANTED**, and Plaintiffs' sur-reply (Dkt. No. 98-1, Exh. A) is accepted for filing.

Given the voluminous summary judgment record, the Court finds oral argument unnecessary and intends to rule on the parties' Cross-Motions for Summary Judgment by submission. Therefore, the Court further **ORDERS** that the motions hearing currently set for August 28, 2019 is **CANCELED**.

SO ORDERED this 20th day of August, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge