United States District Court
Southern District of Texas
**ENTERED**
June 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:18-CV-46 |
| ELOY VERA, *et al*, | § § § | |
| Defendants. | § | |

**ORDER RESETTING STATUS CONFERENCE**

IT IS HEREBY ORDERED that this matter (previously set for June 19, 2020) is hereby reset for status conference on September 18, 2020, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 17th day of June, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge