United States District Court
Southern District of Texas
**ENTERED**
April 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HILDA GONZALEZ GARZA, *et al*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § CIVIL ACTION NO. 7:18-CV-046 |
| | § |
| ELOY VERA, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER TO SHOW CAUSE

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. The parties further announced their desire to discontinue any further prosecution of this litigation and their intention to jointly request dismissal of this action. Therefore,

**IT IS HEREBY ORDERED** that the parties shall have until May 13, 2021, to file appropriate dismissal documents with this Court disposing of this matter. Should the parties fail to timely file such documents with this Court, the parties are **HEREBY ORDERED** to appear before this Honorable Court on the May 14, 2021, at 9:30 a.m. to show cause why they have failed to comply with this Order.

All current settings are hereby cancelled. All pending motions are denied without prejudice as mooted by the settlement announced in this cause.

SO ORDERED April 15, 2021, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge